JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Barteca Restaurants, LLC and Barcelona Restaurant Group LLC

## DEFENDANTS

Milonga Arepas & Tapas, Inc. dba Barcelona Wine & Tapas

(b) County of Residence of First Listed Plaintiff   Fairfield
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Westchester
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph G. Fortner, Jr.
Halloran & Sage LLP
225 Asylum Street, Hartford, CT 06103, (860) 522-6103

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1338 and 28 U.S.C. Section 1331
Brief description of cause:
Trademark Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   May 2, 2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JURY TRIAL DEMANDED**

| | | |
|---|---|---|
| **BARTECA RESTAURANTS, LLC, AND BARCELONA RESTAURANT GROUP LLC** | ) ) ) | |
| **Plaintiffs** | ) ) | **CIVIL ACTION NO.** |
| **VS.** | ) ) ) | |
| **MILONGA AREPAS & TAPAS, INC., DBA BARCELONA WINE & TAPAS** | ) ) ) | |
| **Defendant** | ) | **MAY 2, 2014** |

### COMPLAINT

Plaintiffs Barteca Restaurants, LLC ("Barteca") and Barcelona Restaurant Group LLC ("Barcelona"), as and for their complaint against the Defendant, hereby shows and alleges as follows:

1.      Plaintiff Barteca is a limited liability company organized and existing by virtue of the laws of the State of Connecticut, with principal place of business at 22 Elizabeth Street, South Norwalk, Connecticut.

2.      Plaintiff Barcelona is a limited liability company organized and existing by virtue of the laws of the State of Connecticut, with principal place of business at 22 Elizabeth Street, South Norwalk, Connecticut.

3.      Defendant Milonga Arepas & Tapas, Inc. ("Milonga"), is a New York Corporation, with principal place of business at 74 Mamaroneck Avenue, White Plains, New York.

4.      Milonga is doing business as "Barcelona Wine & Tapas" at its location at 74 Mamaroneck Avenue, White Plains, New York.

14944.0024

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BARTECA RESTAURANTS, LLC, AND BARCELONA RESTAURANT GROUP LLC** | ) ) ) | |
| **Plaintiffs** | ) ) | **CIVIL ACTION NO.** |
| **VS.** | ) ) | |
| **MILONGA AREPAS & TAPAS, INC., DBA BARCELONA WINE & TAPAS** | ) ) ) | |
| **Defendant** | ) | **MAY 2, 2014** |

## COMPLAINT

Plaintiffs Barteca Restaurants, LLC ("Barteca") and Barcelona Restaurant Group LLC ("Barcelona"), as and for their complaint against the Defendant, hereby shows and alleges as follows:

1.    Plaintiff Barteca is a limited liability company organized and existing by virtue of the laws of the State of Connecticut, with principal place of business at 22 Elizabeth Street, South Norwalk, Connecticut.

2.    Plaintiff Barcelona is a limited liability company organized and existing by virtue of the laws of the State of Connecticut, with principal place of business at 22 Elizabeth Street, South Norwalk, Connecticut.

3.    Defendant Milonga Arepas & Tapas, Inc. ("Milonga"), is a New York Corporation, with principal place of business at 74 Mamaroneck Avenue, White Plains, New York.

4.    Milonga is doing business as "Barcelona Wine & Tapas" at its location at 74 Mamaroneck Avenue, White Plains, New York.

14944.0024

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## JURISDICTION AND VENUE

5.      Jurisdiction is proper in this Court by virtue of 28 U.S.C. § 1338, as the action arises under an Act of Congress relating to trademarks; and by virtue of 28 U.S.C. § 1331, as these actions arise under the Constitution, laws, or treaties of the United States.

6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as the action is brought in a judicial district in which a substantial part of the events giving rise to the claim occurred.

## FACTS COMMON TO ALL COUNTS

### Barcelona Restaurant & Wine Bar

7.      Since 1995, Plaintiff Barcelona has owned and operated highly renowned restaurants under the name "Barcelona Restaurant & Wine Bar."

8.      Barcelona's restaurants are often referred to as "barcelona" or "Barcelona."

9.      Plaintiff Barteca owns the mark "barcelona," and has filed with the United States Patent & Trademark Office an application for registration of the mark "barcelona." This application, Serial No. 77819187, has been determined to be entitled to registration.

10.     Plaintiffs Barteca and Barcelona own the rights to the marks "barcelona," "Barcelona," "Barcelona Restaurant & Wine Bar," and other marks associated with the Barcelona Restaurants.

11.     Barcelona's restaurants offer high quality cuisine, award-winning wines, and a unique dining experience in a distinctive, casual, yet sophisticated environment.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The cuisine offered –a Mediterranean style which emphasizes tapas – includes small appetizers or snacks that are ordered and combined to make a full meal.  The menu includes simple, flavor-filled dishes redolent with olive oil, lemon, smoky paprika, with a comprehensive wine list emphasizing lesser-known regions of Spain and Portugal. Menus vary by restaurant location, and offerings include meats, cheeses, a wide variety of tapas, fish, paella, various grilled items, brunch items, and desserts.

12.     Barcelona's restaurants also include an expansive wine list, with wines of Spain, Portugal, and other countries.  Its wine selection has been the subject of numerous articles, and has received awards from the *Wine Spectator* and *Wine Enthusiast*.

13.     Barcelona opened its first restaurant in South Norwalk, Connecticut in 1995.  Since then, it has expanded to include Barcelona restaurants in West Hartford, Fairfield, Greenwich, New Haven, and Stamford, Connecticut, and in Brookline Massachusetts, Atlanta, Georgia, and Washington, D.C.

14.     Barcelona's Greenwich, Connecticut restaurant was opened in 2001.

15.     Barcelona's Stamford, Connecticut restaurant was opened in 2009.

16.     Barcelona's South Norwalk, Greenwich, and Stamford restaurants are all located within 20 miles of the Defendant's restaurant, and the Greenwich restaurant is within 8 miles of Defendant's restaurant.

17.     Since at least 2003, Barcelona has promoted its restaurants and services through its internet website, located at www.barcelonawinebar.com.

18.     For well over 15 years, Barcelona's restaurants, ambience, cuisine and wine selections have been promoted nationally.  Barcelona's restaurants have been

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

advertised, reviewed and received comments on a national basis, including in such national publications as *The Boston Globe, Atlanta, Wine Enthusiast, Wine Spectator, American Way, Travel + Leisure, knife & fork,* and *Food & Arts,* and *The New York Times.*  It was recently highlighted as a "Breakout Brand" by *Restaurant News.* Applicant's services have the subject of reviews and articles on-line in such publications as *The Boston Globe, Maxxlife, Wine Enthusiast, Atlanta, Urban Daddy,* and others. Barcelona has been the subject of broadcast advertising since 2002 on numerous radio stations, and is used for promotion by public relations professionals at Plaintiff's direction on a daily basis.

19.    Barcelona has also been the subject of articles in newspapers, magazines, and on-line periodicals in, and has directed a substantial portion of its advertising to, the New York/Connecticut region, including Westchester County.  In particular, it has been highlighted by *Connecticut* magazine, *Greenwich* magazine, *Westchester* magazine, the *Food Lovers Guide to Connecticut, Stamford* magazine, and the *New York Times.*

20.    In addition, Barcelona has published *The Barcelona Cookbook,* which features stories of its restaurants.  This has been sold in bookstores across the United States and on-line by Andrews McMeel Publishing.

21.    Plaintiffs have invested over 15 years of effort, and substantial financial resources, building and developing the Barcelona brand, name, and good will, and have, as a result, developed a strong and well-recognized mark for their restaurants bearing the name "Barcelona."  That name, and the marks associated with the

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

restaurants, are well known for high quality cuisine (including tapas), a friendly, relaxed atmosphere, and extraordinary wines.

22.     By virtue of the foregoing, Plaintiffs have established the right to exclusively use the marks "Barcelona," "barcelona," and "Barcelona Restaurant & Wine Bar" (the "BARCELONA Marks") for their style of restaurants and cuisine, especially established in the New York, Connecticut and adjoining areas.

### Barcelona Wine & Tapas (White Plains)

23.     Defendant was first formed on or about May 31, 2011.

24.     Upon information and belief, Defendant operated a restaurant under the name "Milonga Arepas & Tapas Grill," at 74 Mamaroneck Avenue in White Plains (the "White Plains Location"), from some time after it was formed until some time in 2014.

25.     The White Plains Location is less than 20 miles from three of Plaintiffs' Barcelona restaurants, and less than nine miles from one of Plaintiffs' restaurants.

26.     On a date during 2014, Milonga changed the name of its restaurant, and started to do business under the name "Barcelona Wine & Tapas" (hereinafter, "Barcelona WP") at the same White Plains Location.

27.     Barcelona WP promotes itself out as a "wine and tapas restaurant."  It claims to offer "traditional spaniard [sic] tapas, paellas, wine, and sangria," and includes a menu with a strong emphasis on tapas.

28.     Barcelona WP has registered and uses the Internet domain name, www.barcelonawhiteplains.com.

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

29.     Barcelona WP, further, has chosen as a font used prominently (on its website and otherwise) a distinctive font which Barcelona has used for its own menus and promotions.

30.     In addition, Barcelona WP has created a Facebook page which promotes the restaurant as "Barcelona Wine & Tapas."

31.     Barcelona WP also promotes itself using Instagram, under the name "Barcelona Wine & Tapas."

**Confusion**

32.     The Defendant's use of the mark "Barcelona," and its adoption of the name "Barcelona Wine & Tapas" for its restaurant, is likely to cause consumer confusion regarding affiliation, source and sponsorship with respect to the well-established, strong BARCELONA Marks.

33.     Defendant's use of the infringing marks "Barcelona" and "Barcelona Wine & Tapas" has already caused actual consumer confusion.  In particular, in numerous instances, customers of the Plaintiffs' Barcelona restaurants have inquired of the staff whether Barcelona has opened a restaurant at the White Plains Location.   In addition, on-line blogs have reflected consumer confusion.

34.     Given the well-established nature of the BARCELONA Marks, and their renown, there can be no reason why Defendant chose to change the name of its restaurant from Milonga Arepas & Tapas Grill to "Barcelona Wine & Tapas," for a restaurant within 20 miles of three of Plaintiffs' Barcelona restaurants, except to cause consumer confusion, and to trade on the good will and reputation of Plaintiffs' restaurants and of the BARCELONA Marks.  By misappropriating and using without

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

authorization the BARCELONA Marks, and Barcelona's name and style, and by creating a website using a domain name confusingly similar to the BARCELONA Marks and Barcelona's domain name, using photographs, text and menus confusingly similar to that of Barcelona, Defendant clearly seeks to cause confusion regarding its affiliation with Barcelona, to misappropriate Plaintiffs' good will and intellectual property, to misdirect consumers looking for the Barcelona's restaurants, and to deceive consumers, and Defendant has already succeeded in doing so.

<u>**Efforts to Prevent Further Infringement.**</u>

35.     Shortly after Plaintiffs first became aware of the Defendant's infringing and deceptive actions, Plaintiffs wrote to Defendant, demanding that it cease from using the infringing and deceptive marks and website.

36.     Although the aforementioned communication was sent on April 11, 2014, Defendant has continued its infringing and deceptive use of "Barcelona," "Barcelona Wine & Tapas," and the domain name www.barcelonawhiteplains.com, for its wine and tapas restaurant located in White Plains, New York.

<u>**COUNT ONE: INFRINGEMENT OF TRADEMARK**</u>

1.-36.   Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs 1 through 36, inclusive, with the same force and effect as if set forth in full herein.

37.     Plaintiffs have used and continues to use their distinctive marks, including but not limited to the BARCELONA Marks and domain name, in trade and commerce, for the purpose of identifying the Barcelona restaurants, services and products to current and potential consumers and customers.  Plaintiffs have prominently used the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

BARCELONA Marks, advertised them in commerce, and used them in promotional literature and online to promote their services and restaurants, and to identify their establishments to customers.

38.    Plaintiffs have, moreover, established strong recognition of the BARCELONA Marks as a source identifier to the Plaintiffs.

39.    The BARCELONA Marks are inherently distinctive when used in connection with Plaintiffs' restaurants, services and goods, especially in the areas of Connecticut, New York, Westchester County and surrounding areas, and in addition, through their use, they have acquired secondary meaning to restaurant and wine establishment consumers on a national basis.

40.    In addition, by virtue of Plaintiffs' long and consistent use of the BARCELONA Marks for the purpose of promoting and identifying their restaurants, services and goods, the BARCELONA Marks have developed a distinctive trademark meaning to purchasers and prospective purchasers of Plaintiffs' services, and have come to indicate to such consumers a distinct restaurant and its offerings, originating only with Plaintiffs.

41.    By virtue of the above, purchasers and the public associate the BARCELONA Marks with the Plaintiffs.

42.    The Defendant's use in interstate commerce of the confusingly similar terms "Barcelona" and "Barcelona Wine & Tapas," and the internet domain name www.barcelonawhiteplains.com," as identifiers and for the promotion and operation of its restaurant, offering the same cuisine as Plaintiffs' within less than 20 miles of three of the Barcelona restaurants, is designed and intended to, is likely to cause, and has

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

caused, confusion or mistake to purchasers, potential purchasers, and to the public as to whether the Defendant is from the same source, is affiliated with, is connected with, or is approved by, the Plaintiffs.

43.    Defendant's use of the aforementioned confusingly similar marks and domain name is, further, a false or misleading description or representation of fact, which is likely to cause confusion, cause mistake or to deceive consumers, potential consumers and the public as to Defendant's affiliation, connection, or association with Plaintiffs, or as to the origin, sponsorship or approval of Defendant's services and commercial activities with respect to the Plaintiffs.

44.    The Defendant has used and is using the aforementioned infringing marks in interstate commerce in a way which is designed to cause, is intended to cause, and has caused a likelihood of confusion or to cause mistake for actual or potential consumers, has been and is being done without the permission or authority of Plaintiffs, and in fact is continuing to use such marks despite the demand by Plaintiffs that Defendant cease such infringing and unlawful use.

45.    The acts of the Defendant, as set forth above, constitute unfair competition and infringement of Plaintiffs' rights in the BARCELONA Marks, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and such acts have been done with the intent and effect of causing confusion, mistake and to deceive.

46.    As a result of the conduct of the Defendant, Plaintiffs have suffered or will suffer monetary harm and other damages.

47.    Defendant's actions are egregious, intentional and willful, and as a result, this is an exceptional case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

48.     As a result of the conduct of the Defendant, Plaintiffs have been and will in the future be irreparably harmed, and have no adequate remedy at law.

## COUNT TWO:  PASSING OFF

1-48.  Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs 1 through 48, inclusive, with the same force and effect as if set forth in full herein.

49.     The Defendant is using its confusingly similar marks and domain name, as outlined above, and has engaged in business and marketing practices, with the intent and for the purpose of misrepresenting the source, origin, or affiliation of Defendant's competing services, and has done so with the intent of deceiving and causing confusion in customers and potential customers.

50.     As part of the foregoing, Defendant has misled or attempted to mislead customers concerning an affiliation with or relationship to the well-established Barcelona restaurants owned and operated by Plaintiffs, using terms and a domain name, a style, and a menu, which are the same as or confusingly similar to those of Plaintiffs, in a location near Plaintiffs' restaurants, for the purpose of misappropriating the goodwill of the Plaintiffs and passing itself off as being the Plaintiffs, being affiliated with the Plaintiffs, or being approved by the Plaintiffs.

51.     Defendant's unauthorized use of confusingly similar marks, menus, and styles, as outlined above, its use of its deceptive web address, and its other deceptive practices, including those outlined above, all within 20 miles of three of Plaintiffs' restaurants, are intended to cause consumers to believe, and *have* caused consumers to believe, that the Defendant's restaurant is part of Plaintiffs' Barcelona group of

- 10 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

restaurants, or is affiliated or approved by the Plaintiffs, and constitute an effort to intentionally mislead or deceive purchasers or potential purchasers.

52.    Defendants' actions, as set forth above, are in violation of Lanham Act Section 43(a), 25 U.S.C. § 1125(a).

53.    As a result of the conduct of the Defendant, Plaintiffs have suffered or will suffer monetary harm and damages.

54.    Defendant's actions are egregious, intentional and willful, and as a result, this is an exceptional case.

55.    As a result of the conduct of the Defendant, Plaintiffs have also been and will in the future be irreparably harmed, and have no adequate remedy at law.

## COUNT THREE:  TARNISHMENT

1.-55.  Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs 1 through 55, inclusive, with the same force and effect as if set forth in full herein.

56.    Unlike Plaintiffs' Barcelona restaurants, Defendant's Barcelona WP restaurant is a small, crowded, and minimalesque establishment.  It does not have the ambiance, the quality, and sophistication of Plaintiffs' restaurants that would reflect to clientele the kind of cuisine and wines that are available at Plaintiffs' restaurants. Instead, Defendant's restaurant has the feel of a small, marginal restaurant, and its limited menu and wine list are substantially inferior in scope, quality, and character as compared to those of the Plaintiffs.

57.    By virtue of Defendant's unauthorized use of its confusingly similar terms and marks for its restaurant and its domain name, customers confused or uncertain as

- 11 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

to whether Defendant is affiliated or connected with the Plaintiffs may come to believe that Plaintiffs' "Barcelona Restaurant" name, the BARCELONA Marks, and the Plaintiffs' restaurants are no longer exclusively associated with the high quality, sophisticated dining establishment and experience which Plaintiffs have worked hard to develop. Instead, consumers may believe that the Plaintiffs are now operating or affiliated with a second-rate, limited restaurant and bar.

58.     By virtue of the foregoing, Plaintiffs' decades-long work and investments in establishing their reputation, the value of the BARCELONA Marks, and the good will which has been developed, have been and will be damaged and tarnished, and Plaintiffs' reputation substantially damaged.

59.     The foregoing has caused and is likely to cause the Plaintiffs monetary harm and damages.

60.     As a result of the foregoing, Plaintiffs have also been and will in the future be irreparably harmed, and have no adequate remedy at law.

## COUNT FOUR:  UNFAIR COMPETITION

1.-60.  Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs 1 through 60, inclusive, with the same force and effect as if set forth in full herein.

61.     By reason of the acts set forth above, Defendant has engaged and continues to engage in unfair methods of competition and unfair and deceptive acts or practices in its conduct of trade or commerce in interstate commerce.

62.     The unlawful acts engaged in by Defendant constitute unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

63.     Defendant has engaged in the aforementioned unfair methods of competition with the intent of deceiving the public and purchasers, and such acts were done with the intent to pass off and palm off Defendant's restaurant and services as those of the Plaintiffs, with intent to deceive and defraud the public.

64.     As a result of Defendant's conduct, Plaintiffs have sustained or will in the future sustain substantial damages.

65.     Defendant's actions are egregious, intentional and willful, and as a result, this is an exceptional case.

66.     In addition, as a result of Defendant's conduct, Plaintiffs have or will sustain irreparable harm for which there is no adequate remedy at law.

## COUNT FIVE:  CYBERSQUATTING

1.-66.  Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs 1 through 66, inclusive, with the same force and effect as if set forth in full herein.

67.     Defendant has registered and is using the domain name http://www.barcelonawhiteplains.com.

68.     The aforementioned domain name is confusingly similar to the domain name (www.barcelonawinebar.com) and marks which are owned and have been used for over ten years by the Plaintiffs.

69.     The Defendant has registered and used the infringing domain name in commerce.

- 13 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

70.    The Plaintiffs' marks, including the BARCELONA Marks and the

www.barcelonawinebar.com domain name, were distinctive at the time of the

Defendant's wrongful registration of its domain name.

71.    The Defendant committed the acts set forth above with a bad faith intent

to profit from the Plaintiffs' marks, as the domain name registered by the Defendant is

clearly intended to be confusingly similar to that of the Plaintiffs, and thus is designed to

mislead and misdirect consumers.

72.    By virtue of the foregoing, Defendant is in violation of the Anti-

Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

73.    As a result of Defendant's conduct, Plaintiffs have sustained or will in the

future sustain substantial damages.

74.    In addition, as a result of Defendant's conduct, Plaintiffs have or will

sustain irreparable harm for which there is no adequate remedy at law.

### COUNT SIX:
### VIOLATION OF CONNECTICUT UNFAIR TRADE PRACTICES ACT

1.-74.    Plaintiffs repeat, reiterate and reallege each and every allegation set forth

in paragraphs 1 through 74, inclusive, with the same force and effect as if set forth in full

herein.

75.    The Defendant's actions, as set forth above, constitute unfair and

deceptive methods of competition and unfair or deceptive acts or practices in the

conduct of the Defendant's trade or commerce.

76.    The Defendant's conduct, as set forth above, occurred in the course of its

trade or commerce, as it occurred in the course of its competitive activities in the area of

- 14 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

tapas and Mediterranean style restaurants in the Westchester County/Southern Connecticut region.

77.     The Defendant's conduct, as set forth above, is in violation of and offends public policy, as it is in violation of Federal statutes, is unfair and deceptive, and is unethical, immoral, and unscrupulous.

78.     By virtue of the Defendant's unfair and deceptive practices, as set forth above, Plaintiffs have suffered ascertainable loss of money and property, including infringement of and damage to the BARCELONA Marks, consumer confusion, damage to and loss of goodwill, damage to its reputation, and other monetary and irreparable harm.

79.     By virtue of the foregoing, the Defendant has engaged in unfair and deceptive acts or practices, in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a, *et seq*.

80.     By virtue of the foregoing, the Defendant is liable for all damages, losses, and economic harm sustained by the Plaintiffs by virtue of the Defendant's unfair and deceptive acts and practices.

81.     By virtue of the foregoing, the Defendant is liable to Plaintiffs for attorney's fees and costs, as well as for punitive damages, pursuant to C.G.S. § 42-110g(d).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, Plaintiffs pray that the Court grant the following relief against the Defendant:

**A.** **On Counts One, Two, Three, and Four:**

     i.     That the Plaintiffs be awarded damages against the Defendant for their actual losses incurred as a result of the Defendant's acts;

     ii.     That the Defendant be ordered to disgorge all of its profits which result, in whole or in part, from its wrongful conduct;

     iii.     That the Plaintiffs be awarded their attorneys fees and costs;

     iv.     That the Plaintiffs be awarded punitive damages;

     v.     That the Defendant, and all persons or entities acting in concert with the Defendant, be preliminarily and permanently enjoined from committing any acts, continuing its acts, or committing any further acts of infringement, passing off, tarnishment, or unfair competition, including but not limited to:

          a.     By being enjoined against use or incorporation of the word "Barcelona," any other term or word (or combination of words) that is confusingly similar to any the BARCELONA Marks, or any variation of such words or terms, in connection with any restaurant, bar, or related services,

          b.     By being enjoined against any activity or statements which state, imply or convey that the Defendant is any way affiliated with, sponsored by, associated with, or connected with the Plaintiffs or with Plaintiffs' Barcelona Restaurants; and

          c.     By being enjoined against any activity or statements which are likely to cause consumer confusion.

     vi.     That the Plaintiffs be awarded such other and further relief as may to the Court be just and proper.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**B.**   **On Count Five**

i.      That the Plaintiff be awarded damages against the Defendant for its actual losses incurred as a result of the Defendant's acts;

ii.      That the Defendant be ordered to disgorge all of its profits which result, in whole or in part, from its wrongful conduct;

iii.      That the Plaintiffs be awarded their attorneys fees and costs;

iv.      That the Plaintiffs be awarded punitive damages;

v.      That the Defendant, and all persons or entities acting in concert with the Defendant, be preliminarily and permanently enjoined to immediately transfer and assign to Plaintiffs the Internet domain name www.barcelonawhiteplains.com;

vi.      That the Defendant, and all persons or entities acting in concert with the Defendant, be preliminarily and permanently enjoined from registering or using any Internet domain name which is confusingly to any of the BARCELONA Marks, or any domain name used or operated by the Plaintiffs.

vii.      That the Plaintiffs be awarded such other and further relief as may to the Court be just and proper.

**C.**   **On Count Six**

i.      That the Plaintiffs be awarded damages against the Defendant for all losses and damages resulting from the Defendants' unfair and deceptive acts and practices;

ii.      That the Defendant be ordered to disgorge all of tis profits which result, in whole or in part, from its wrongful conduct;

- 17 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

iii.     That the Plaintiffs be awarded punitive damages;

iv.     That the Plaintiffs be awarded attorneys fees and costs;

v.      That the Defendant be preliminarily and permanently enjoined from any further unfair and deceptive acts or practices; and

vi.     That the Plaintiffs be awarded such other and further relief as may to the Court be just and proper.

Dated:     Hartford, Connecticut
           May 2, 2014

                                    Respectfully submitted,
                                    THE PLAINTIFFS
                                    BARTECA RESTAURANTS, LLC AND
                                    BARCELONA RESTAURANT GROUP
                                    LLC


                                    By_____
                                      Joseph G. Fortner, Jr.
                                      Halloran & Sage LLP
                                      Fed. Bar No. ct04602
                                      225 Asylum Street
                                      Hartford, CT  06103

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           &SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105